ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERTO CABA, | ) |
| Petitioner, | ) |
| v. | ) CV 310-082 |
| THE UNITED STATES OF AMERICA and WALT WELLS, Warden, | ) |
| Respondents. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the United States of America is **DISMISSED** from this case, the petition filed pursuant to § 2241 is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 27th day of December, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE